IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 5:25-CR-37-CAR-CHW |
| | : | |
| v. | : | |
| | : | |
| JAMES KEVIN MEYERS | : | |
| | : | |

### ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that the case should be unsealed,

HEREBY ORDERS that the case is be unsealed in its entirety.

SO ORDERED this 24th day of September, 2025.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE