**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | )  **CASE NO. 5:25-CR-37 (MTT)** |
| | ) |
| **JAMES KEVIN MEYERS,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

The parties have jointly moved to continue this case until the next trial term.  ECF 20.

Having considered the grounds for the motion, the Court, pursuant to 18 U.S.C. § 3161(h)(7)(A), finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (ECF 20) is **GRANTED**.  The case is continued from the November term until the Court's next trial term presently scheduled for **January 12, 2026**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 7th day of October, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT